IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO, <br><br> *Plaintiff,* <br><br> v. <br><br> BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, <br><br> *Defendants.* | |

# EXHIBIT A



UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF INNOVATION AND IMPROVEMENT

September 27, 2018

Frances Richards
Authorized Representative for the MSAP Grant
Chicago Public Schools
42 W. Madison Street, 3rd Floor
Chicago, IL 60602

Re: Magnet Schools Assistance Program Grant

Dear Ms. Richards:

In Fiscal Year (FY) 2017, Board of Education City of Chicago 299 (CPS) was selected for a new grant under the Magnet Schools Assistance Program (MSAP), 20 U.S.C. §§ 7231-7231j, and received FY 2017 funding for the first budget period. Before MSAP grantees receive additional continuation grant funds in any subsequent FY for a multi-year project period, the U.S. Department of Education's (Department) Office of Innovation and Improvement (OII) and Assistant Secretary for the Office for Civil Rights (OCR) complete annual reviews of applicable requirements to determine eligibility. If Congress appropriates sufficient funds under the program, OII determines, in accordance with Section 75.253 of the Education Department General Administrative Regulations, *inter alia*, whether the grantee has "made substantial progress towards meeting the objectives in its approved application" and whether "continuation of the project is in the best interest of the Federal Government," (*see* 34 C.F.R. §75.253). It also takes into account whether OCR determines, in accordance with 20 U.S.C. § 7231d(c), that the MSAP grantee will meet the required assurances (*see* 20 U.S.C. § 7231d(c)).

OII has reviewed CPS' project for continuation funding of its second budget period. OII is unable to award FY 2018 continuation grant funds to CPS based on the requirements in 34 C.F.R. §75.253. OII's decision not to award FY 2018 MSAP funds to CPS is due to the decision of OCR's Assistant Secretary—as required at 20 U.S.C. § 7231d(c)—that each grantee will meet its civil rights assurances set forth in 20 U.S.C. § 7231d(b)(2)(C)(iii) to not discriminate on the basis of race, religion, color, national origin, sex, or disability, *inter alia*, "in designing or operating extracurricular activities for students." For FY 2018, OCR's Assistant Secretary is unable to certify that CPS' MSAP civil rights assurances "will be met." OII is prepared, however, to extend the current performance period to provide additional time for CPS to continue to carry out the project using its remaining unobligated FY 2017 funds, and to take steps to meet its civil rights assurances as required by 20 U.S.C. § 7231d(c).

Civil rights complaints filed with OCR allege that CPS failed to provide a prompt and equitable response to reports of sexual violence of which it had notice, in violation of Title IX of the Education Amendments of 1972 (Title IX), 20 U.S.C. §§ 1681-1688, and its implementing

regulation, 34 C.F.R. Part 106. These complaints and the facts gathered so far in OCR's ongoing investigation include potential district-wide violations in extracurricular programs that affect all CPS schools—including the MSAP project's magnet and feeder schools—in addition to the allegations raised in the complaints at specific schools. While there have been no findings, facts already known to OCR's Assistant Secretary based on OCR's ongoing sexual violence investigations support the OCR Assistant Secretary's conclusion that CPS' statutory non-discrimination assurance obligations prohibiting sex discrimination in the operation of extracurricular activities for students will not be met, 20 U.S.C. § 7231d(b)(2)(C)(iii). Therefore, CPS' project is not eligible for FY 2018 MSAP continuation funding.

Within the next 30 days, OII will contact CPS regarding the current performance period extension, as well as steps that must be taken by CPS in order for OII to consider awarding continuation grant funds to CPS using FY 2019 funds. Please note that future potential continuation funding is also contingent upon congressional approval of a budget for FY 2019 that includes funds for MSAP, and driven by the budget approval timeline.

Thank you for your cooperation with the MSAP pre-award grant reviews process.

Sincerely,

*Jason Botel*

Jason Botel
Acting Assistant Deputy Secretary
Office of Innovation and Improvement

cc: Janice Jackson, Chief Executive Officer
Joseph T. Moriarty, General Counsel
Elizabeth Griffith, Elementary Magnet Schools Coordinator