**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO, | Case No. 18-cv-7914 |
| *Plaintiff,* | |
| v. | Hon. Andrea R. Wood |
| BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, | |
| *Defendants.* | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

It is hereby ORDERED that Plaintiff's Motion for Preliminary Injunction is GRANTED.

Plaintiff has demonstrated that it is likely to succeed on the merits of its claims, that it will suffer irreparable harm in the absence of preliminary relief, that the balance of equities weighs in favor of an injunction, and that a preliminary injunction would serve the public interest.

Defendants Betsy DeVos (in her capacity as Secretary of the United States Department of Education) and the United States Department of Education are hereby enjoined from disbursing Plaintiff's Fiscal Year 2018 Magnet School Assistance Program grant funds to other jurisdictions pending final resolution of this case.

ENTERED this \_\_\_\_ day of _____ 2018

_____
THE HONORABLE ANDREA R. WOOD