# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

The Board of Education of the City of Chicago

Plaintiff,

v.

Case No.:
1:18−cv−07914
Honorable Andrea
R. Wood

The United States Department of Education, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 6, 2018:

    MINUTE entry before the Honorable Andrea R. Wood: Motion hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Plaintiff s motion for preliminary injunction [8] is entered and continued to the next status hearing. Plaintiffs motion for leave to file excess pages [10] is granted. Status hearing set for 12/13/2019 at 9:00 AM. Mailed notice(lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.