# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Civil Action No. 1:18-cv-7914<br><br>Judge Andrea R. Wood |

## DECLARATION OF JOSEPH MORIARTY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. _____ |

**DECLARATION OF JOSEPH MORIARTY IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Joseph Moriarty, declare as follows:

      1.      I am an attorney licensed to practice law in the State of Illinois and General Counsel for the Board of Education of the City of Chicago. I submit this Declaration in support of Plaintiff's Motion for Preliminary Injunction and hereby attached true and correct copies of the following:

      2.      **Exhibit A** is a letter dated September 27, 2018 from the United States Department of Education, Office of Innovation and Improvement, signed by Jason Botel, Acting Assistant Deputy Secretary, addressed to Frances Richards of the Chicago Public Schools.

      3.      **Exhibit B** is a letter dated October 4, 2018 from the Board of Education of the City of Chicago, Law Department, signed by me, addressed to Ann Margaret Galiatsos of the United States Department of Education.

1

4. **Exhibit C** is a letter dated November 2, 2018 from the United States Department of Education, Office of Innovation and Improvement, signed by James Blew, Acting Assistant Deputy Secretary, addressed to Frances Richards of the Chicago Public Schools.

5. **Exhibit D** is the redacted memorandum which was enclosed with Exhibit C, the November 2, 2018 letter from the United States Department of Education, Office of Innovation and Improvement.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on November 30, 2018 in Chicago, IL.

_____
Joseph T. Moriarty

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, a copy of the foregoing Declaration of Joseph Moriarty in Support of Plaintiff's Motion for a Preliminary Injunction was sent via electronic mail to Assistant United States Attorney Thomas P. Walsh, counsel for Defendants, as consented to in writing by Mr. Walsh on December 7, 2018.

*/s/ John K. Theis*