IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Civil Action No. 1:18-cv-7914<br><br>Judge Andrea R. Wood |

**DECLARATION OF ANNA M. ALVARADO IN SUPPORT OF
<u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. _____ |

## DECLARATION OF ANNA M. ALVARADO IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

1. I, Anna M. Alvarado, respectfully submit this affidavit in support of Plaintiff's Motion for a Preliminary Injunction. I make this affidavit based upon my knowledge of the facts stated herein.

2. I have served as the Chief Officer for Teaching and Learning for the Chicago Public Schools ("CPS") since 2018. In that role, I have responsibility for ten academic departments that facilitate district-wide professional learning and provide resources to schools that support their school improvement plan. Before assuming my current role, I served as a Chief of Schools in Network 1 from 2012-2017, and before that I served as principal of Hawthorne Scholastic Academic from 2006-2012.

3. Part of my responsibilities as Chief Officer of Teaching and Learning includes assisting with the administration of CPS's Magnet Schools Assistance Program ("MSAP") Grant.

1

The MSAP grant program provides recipient local educational agencies with funding to create and operate magnet schools.

4. In 2017, CPS applied for and received a 5-year MSAP Grant ("the Grant"). In the Grant Award Notification that CPS received on September 27, 2017, DOE informed CPS that it awarded the following amounts for each fiscal year:

| Budget Period | Fiscal Year | Amount |
| --- | --- | --- |
| 1 | FY 2017 | $2,672,187.00 |
| 2 | FY 2018 | $4,023,426.00 |
| 3 | FY 2019 | $3,467,922.00 |
| 4 | FY 2020 | $2,683,557.00 |
| 5 | FY 2021 | $2,116,829.00 |

5. CPS used its FY 2017 MSAP grant funds to develop STEM programs at three magnet schools: William H. Brown Elementary School, Claremont Academy Elementary School, and Joseph Jungman Elementary School.

6. Using the FY 2017 MSAP grant funds, the three recipient schools added new equipment and science-based technology, added new teacher and STEM coaching positions, and added hourly pay for professional development on STEM programs. These programs have had a direct and positive impact on CPS students in those schools.

7. CPS also developed a budget for the future operation of the STEM programs at these schools, and created a Grant Plan, which outlined how CPS intended to use its MSAP Grant funds. In drafting this budget, CPS relied upon the amount of the MSAP grant for fiscal year 2018 set in the DOE's Grant Award Notification.

8. After receiving notice on September 27, 2018 that the Department of Education had revoked from CPS $4 million in MSAP grant funds for FY 2018, CPS was faced with a shortfall of the necessary resources to fund the STEM programs at the three Grant recipient schools. The Grant suspension forced CPS to alter all Grant actions and create a contingency plan with its evaluator, professional development providers, and district and school staff.

9. Because of the Grant suspension, CPS is unable to follow the series of planned teacher and school support programming outlined in CPS's MSAP grant plan. One of CPS's main goals is to provide significant investment in teacher pedagogical development, in large part through teacher attendance at conferences. Because of the Grant suspension, CPS no longer has the funds for teacher professional development, including for conference attendance. CPS programming with third-party vendors, such as Discovery Education, has been put on hold, modified, and/or downsized. CPS has also halted all plans for programming with other vendors, including for STEM-based teacher professional development, as planned for and outlined in CPS's Grant plan. The suspension of teacher professional development will negatively impact the quality of instruction received by CPS students, as well as teacher morale.

10. Due to CPS's loss of its FY 2018 Grant funding, student field trips, enrichment, and extra-curricular programming has been significantly pared down, as have other opportunities for students to learn more about, engage in, and expand their current STEM interests. Much of CPS's plan for teachers to work collaboratively on units and integrative instruction will also not be realized. The loss of these educational opportunities will negatively impact the quality of education received by CPS students.

11. In addition, CPS is now in its second year of instituting a district-wide online and paper application lottery process for school selection. The goal of the process is to provide access

3

for students and families with regards to school choice. MSAP grant funds have therefore been utilized to market existing programs at each school and to highlight each school's transition into a STEM school. CPS was notified of the suspension of its MSAP grant, however, immediately before the vital lottery application window. As a result, the Grant suspension has negatively impacted CPS's marketing and recruitment efforts, which in turn has negatively impacted CPS's ability to attract the diverse pool of student applicants necessary to support CPS's school desegregation efforts, one of the primary goals of the MSAP grant program.

12. In addition, the Grant suspension has forced CPS to propose a new budget utilizing FY 2017 carryover funds in attempt to cover previously scheduled professional development, partnerships, and STEM specialist and district positions.

13. More broadly, in developing the STEM program at the three schools, CPS worked closely and tirelessly with the parents, teachers, and communities surrounding the schools in order to build long-term support for the program. With the future of the grant in jeopardy, we face the loss of support for a program that has had, and hopefully will continue to have, a profound impact on the students' lives.

I, Anna Alvarado, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30 day of November 2018, in Chicago, IL.

Anna M. Alvarado

4

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2018, a copy of the foregoing Declaration of Anna Alvarado in Support of Plaintiff's Motion for a Preliminary Injunction was sent via electronic mail to Assistant United States Attorney Thomas P. Walsh, counsel for Defendants, as consented to in writing by Mr. Walsh on December 7, 2018.

*/s/ John K. Theis*