IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,** | |
| *Plaintiff,* | |
| v. | Civil Action No. 1:18-cv-7914 |
| **BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,** | Judge Andrea R. Wood |
| *Defendants.* | |

**DECLARATION OF HEATHER WENDELL IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. _____ |

**DECLARATION OF HEATHER WENDELL IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

1. I, Heather Wendell, respectfully submit this affidavit in support of Plaintiff's Motion for a Preliminary Injunction. I make this affidavit based upon my knowledge of the facts stated herein.

2. I have served as the Budget Director for the Chicago Public Schools ("CPS") since January 2018. In that role, I have responsibility for both the Budget Office and the Grants Office. Before assuming my current role, I served as Executive Director of the Grants Office, and before that I served as Deputy Chief of Staff.

3. Part of my responsibilities as Budget Director includes assisting with grant administration, including the administration of CPS's Magnet Schools Assistance Program ("MSAP") Grant. The Grant suspension has forced CPS to propose a new budget utilizing FY 2017 carryover funds to partially support continuation of planned year two activities. While CPS expects to use approximately $1,493,946 in FY 2017 carryover Grant funds in the current budget

1

period, these carryover funds do not cover the loss in excess of $4 million of expected funds incurred by CPS.

4. Because of the Grant suspension, CPS has been forced to draft a contingency budget which will reallocate funds that would otherwise have been utilized to support other student programs to cover the shortfall left by the Department of Education's suspension of CPS's FY 2018 Grant.

5. In its contingency budget, CPS reallocated approximately $800,000 to bring the total year two budget to approximately $2.3 million in an attempt to partially cover the shortfall created by CPS's loss of FY 2018 funds. The reallocation of these funds supports a scaled-back version of year two programming by redirecting dollars that could have otherwise been used to support program expansion in areas including social/emotional learning, personalized learning, and instructional coaching.

6. Even accounting for CPS's FY 2017 Grant carryover funds in FY 2018 and the reallocation of funding intended for other CPS programs, the total expenditure in CPS's contingency budget for these programs will fall far short of the $4 million originally granted by the Department for FY 2018.

I, Heather Wendell, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 30th day of November 2018, in Chicago, IL.

*/s/ Heather Wendell*
Heather Wendell

## **CERTIFICATE OF SERVICE**

    I hereby certify that on December 7, 2018, a copy of the foregoing Declaration of Heather Wendell in Support of Plaintiff's Motion for a Preliminary Injunction was sent via electronic mail to Assistant United States Attorney Thomas P. Walsh, counsel for Defendants, as consented to in writing by Mr. Walsh on December 7, 2018.

                                                   */s/ John K. Theis*