UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| THE BOARD OF EDUCATION OF THE, CITY OF CHICAGO, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 18 C 7914 |
| BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and UNITED STATES DEPARTMENT OF EDUCATION, | ) ) ) ) ) | Judge Wood |
| Defendants. | ) ) | |

**DEFENDANTS' MOTION TO DISMISS
PLAINTIFF'S COMPLAINT FOR FAILURE TO STATE A CLAIM**

Defendants Betsy Devos, Secretary of the United States Department of Education, and United States Department of Education, by their attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, move to dismiss plaintiff's complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6). A memorandum in support of this motion (and in opposition to plaintiff's motion for a preliminary injunction) is submitted with this motion.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Patrick W. Johnson
    PATRICK W. JOHNSON
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312)353-5327
    patrick.johnson2@usdoj.gov