# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,** *Plaintiff,* v. **BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,** *Defendants.* | Civil Action No. 1:18-cv-7914<br><br>Judge Andrea R. Wood |

**SUPPLEMENTAL DECLARATION OF JOSEPH MORIARTY IN SUPPORT OF
<u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. 1:18-cv-7914<br><br>Judge Andrea R. Wood |

**SUPPLEMENTAL DECLARATION OF JOSEPH MORIARTY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

I, Joseph Moriarty, declare as follows:

1. I am an attorney licensed to practice law in the State of Illinois and General Counsel for the Board of Education of the City of Chicago. I submit this Declaration in support of Plaintiff's Motion for Preliminary Injunction. I hereby attached true and correct copies of the following:

2. **Exhibit A** is a letter dated February 7, 2019 from the Board of Education of the City of Chicago, Law Department, signed by me, addressed to Philip Rosenfelt, Deputy General Counsel for Program Service, of the United States Department of Education.

3. **Exhibit B** is a letter dated March 13, 2019 from the United States Department of Education, signed by Philip Rosenfelt, addressed to me.

1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 27, 2019 in Chicago, IL.

_____
Joseph Moriarty

## **CERTIFICATE OF SERVICE**

    I, John K. Theis, certify that on March 27, 2019, I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

                                            */s/ John K. Theis*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO, *Plaintiff*, v. BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, *Defendants*. | |

# EXHIBIT A



# Board of Education of the City of Chicago
# Law Department

Joseph T. Moriarty
General Counsel

1 North Dearborn Street, Suite 900
Chicago, IL 60602
Telephone: (773) 553-1700
Fax: (773) 553-1701

February 7, 2019

**Via Email: Phil.Rosenfelt@ed.gov**
**and U.S. Mail**

Mr. Philip Rosenfelt
Deputy General Counsel for Program Services
U.S. Department of Education
400 Maryland Ave., S.W.
Washington, D.C. 20202-2110

    Re:    **Chicago Public Schools Compliance with Civil Rights Assurances**
              **Magnet Schools Assistance Program Grant Award**

Dear Mr. Rosenfelt:

    Thank you for your response to our letter regarding CPS's extensive efforts to meet its civil rights assurances for the MSAP grant. We appreciate that you are encouraged by our efforts, and we thank you for sharing the information that we provided with the Office of Civil Rights.

    However, in our letter, we requested that the Department restore MSAP grant funding to CPS for the remainder of the current school year. You deferred responding to that request, stating that a decision on the second year of CPS's MSAP grant will be contingent upon certification by the Assistant Secretary for Civil Rights and a determination by the Department of Education's Office for Elementary and Secondary Education (OESE).

    As a preliminary matter, we respectfully disagree with your characterization of the Department's actions regarding the CPS's MSAP Grant. You stated in your letter that the Department "has not yet made a decision regarding the Chicago Public Schools' (CPS) year-two continuation award." But in his September 27, 2018 letter to CPS, Acting Assistant Deputy Secretary Jason Botel made clear that he had, in fact, made that decision. He stated that "OII is unable to award FY 2018 continuation grant funds to CPS based on the requirements in 34 C.F.R. § 75.253." He specifically characterized this action as "OII's decision not to award FY 2018 MSAP funds to CPS[.]"

February 7, 2019
Page 2

In any event, the Department's refusal to provide funds for the second year of CPS's MSAP grant continues to cause irreparable harm to CPS and to its students. We provided extensive detail about the nature of that injury in the complaint and motion for a preliminary injunction in the *Board of Education of the City of Chicago v. DeVos* matter. Each day that passes, that harm continues.

Looking forward, we are currently in the process of preparing our budget for the next school year. Because of the uncertain status of the MSAP grant program, we do not know whether the STEM programs at William H. Brown Elementary School, Claremont Academy Elementary School, and Joseph Jungman Elementary School will survive. The delay in providing the MSAP grant funds jeopardizes the extraordinary efforts by the parents, teachers, administrators, and community leaders to get these incredibly important programs off of the ground.

At the same time, CPS has continued to cooperate fully with the requests made by OCR's Chicago Regional Office. Douglas Henning, CPS's Deputy General Counsel and the Title IX Coordinator, will be meeting with the local office this week. In addition, since our December 21, 2018 letter, CPS has made additional substantial productions of documents to the local office as part of its ongoing cooperation. We hope that these efforts will be fruitful, and we hope that we are approaching resolution.

In the litigation, as I am sure you are aware, yesterday we requested and the Court entered a briefing schedule on our motion for a preliminary injunction. Given that the end of the school year is approaching, we need to continue to pursue our claims. At the same time, we remain willing to discuss with you a global resolution that would avoid the need for unnecessary briefing with the district court.

In order to provide clarity and guidance as to the status of the STEM programs at the CPS schools identified above, and to guide the ongoing litigation, we request that you provide a deadline by which the Department will determine whether it will restore MSAP grant funding to CPS for the remainder of the current school year.

Sincerely,

*Joseph T. Moriarty /bw*

Joseph T. Moriarty
General Counsel

JTM:bw

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | |

# EXHIBIT B



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF THE GENERAL COUNSEL

March 13, 2019

Mr. Joseph T. Moriarty
General Counsel
Board of Education of the City of Chicago
1 North Dearborn Street, Suite 900
Chicago, IL 60602

Dear Mr. Moriarty,

Thank you for your letter of February 7, 2019. We appreciate your statement that Chicago Public Schools (CPS) is committed to working to resolve all open Title IX matters being investigated by the Department of Education's (Department) Office for Civil Rights' (OCR).

As previously explained to CPS, neither the Department nor its Office of Elementary and Secondary Education[1] has made a decision regarding the CPS's year-two continuation award under the Magnet Schools Assistance Program (MSAP).[2] No MSAP funds have been "refused," "cut off," or "withheld" from CPS. In addition, the Department has reiterated that CPS may still be awarded a year-two MSAP continuation award.

The Department delayed a decision regarding CPS's year-two continuation funding, and extended the year-one period of performance by an additional 12 months, taking into account the funds CPS already had received that appeared not to have been spent. Based on CPS's annual report submitted to the Department, dated October 31, 2018, CPS anticipated having $1,493,946 in so-called "carryover funds." This is over half of the first year Fiscal Year (FY) 2017 grant awarded to CPS of $2,672,187.

Although the Department had the legal authority to exercise discretion under the regulations in 34 C.F.R. § 75.253 not to continue CPS's MSAP project on September 30, 2018—the last day of availability for FY 2018 funds—the Department chose to leave open the year-two funding decision. The Department is working with CPS in good faith while CPS addresses serious civil rights issues, and makes efforts to demonstrate its compliance with its civil rights obligations so that the Assistant Secretary for Civil Rights can sign a certification of compliance.

---

[1] As of January of 2019, the Department consolidated the Office of Elementary and Secondary Education (OESE) and the Office of Innovation and Improvement into a single office, under the title of OESE.
[2] The Department has sent two letters from me dated January 15, 2019 and November 27, 2018, one from former Acting Assistant Deputy Secretary Jim Blew dated November 2, 2018, and one from former Assistant Deputy Secretary Jason Botel dated September 27, 2018.

Page 2 -- Mr. Joseph T. Moriarty

CPS now has additional time to both carry out its MSAP project, and to take steps to address issues related to the civil rights assurances, as required by 20 U.S.C. § 7231d(c). As discussed in more detail in a letter from Jim Blew to CPS on November 2, 2018, if CPS is able to demonstrate to the satisfaction of the Assistant Secretary for Civil Rights that the MSAP assurances "will be met," and obtain a certification from the Assistant Secretary for Civil Rights that CPS will meet its civil rights assurances, the program office will consider awarding year-two MSAP grant funds to CPS using FY 2019 funds in order to continue the MSAP project.

Any future decision to award continuation funding would be made in accordance with 34 C.F.R. § 75.253, which permits the Department to award continuation funding, *inter alia*, when the grantee has "made substantial progress towards achieving the goals and objectives of the project" and when "continuation of the project is in the best interest of the Federal Government." This continuation decision also takes into account whether the Assistant Secretary for Civil Rights determines, in accordance with 20 U.S.C. § 7231d(c), that the MSAP grantee will meet the required assurances, which is a key requirement for MSAP funding.

We appreciate your efforts to work towards obtaining certification from the Assistant Secretary for Civil Rights that you will meet your MSAP civil rights assurances in FY 2019. If you have any further questions, please contact me at Phil.Rosenfelt@ed.gov, (202) 401-6000 or Tom Walsh at Thomas.Walsh2@usdoj.gov, (312) 353-5312.

Sincerely,

*Philip Rosenfelt*

Philip Rosenfelt
Deputy General Counsel for Program Service
U.S. Department of Education


cc:
    Ronald S. Safer,
    Kelly M. Warner
    John K. Theis
    Patricia T. Mathy
    Michael A. Warner, Jr.
    Nicki B. Bazer
    Jacqueline Wernz
    AUSA Tom Walsh
    AUSA Patrick Johnson