IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO, *Plaintiff,* v. BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION, *Defendants.* | Civil Action No. 1:18-cv-7914 Judge Andrea R. Wood |

**SUPPLEMENTAL DECLARATION OF HEATHER WENDELL IN SUPPORT OF
<u>PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and the UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. 1:18-cv-7914<br><br>Judge Andrea R. Wood |

**SUPPLEMENTAL DECLARATION OF HEATHER WENDELL IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

1. I, Heather Wendell, respectfully submit this supplemental declaration in support of Plaintiff's Motion for a Preliminary Injunction. I make this declaration based upon my knowledge of the facts stated herein.

2. I previously signed a declaration in this matter on November 30, 2018. The purpose of this supplemental declaration is to provide updated information regarding the status of the funding for the Chicago Public Schools ("CPS") Magnet Schools Assistance Program ("MSAP") Grant.

3. I have served as the Budget Director for CPS since January 2018. Part of my responsibilities as Budget Director includes assisting with grant administration, including the administration of CPS's MSAP Grant.

4. The MSAP Grant suspension in September 2018 forced CPS to propose a new budget that utilized Fiscal Year ("FY") 2017 carryover funds to partially support continuation of

1

planned year-two activities. On November 30, 2018, CPS had $1,493,946 in FY 2017 carryover Grant funds. As of March 20, 2019, CPS has approximately $750,000 remaining in FY 2017 carryover Grant funds.

5. Additionally, after the suspension of the grant, CPS drafted a contingency budget that reallocated funds that would have otherwise been utilized to support program expansion in areas including social/emotional learning, personalized learning, and instructional coaching. CPS originally reallocated approximately $800,000 in an attempt to partially cover the shortfall created by the loss of the FY 2018 funds. Of that amount, approximately $400,000 remains. Again, the total expenditure in CPS's contingency budget will fall far short of the $4 million originally granted by the Department for FY 2018.

6. These two sources of funding—the FY 2017 carryover funds and the reallocated funds from the contingency budget—support a scaled-back version of year two programming, and must last until at least September 2019 or until the Department of Education provides further funding for the programming.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on March 27, 2019 in Chicago, IL.

_____
Heather Wendell

## **CERTIFICATE OF SERVICE**

  I, John K. Theis, certify that on March 27, 2019, I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

                 */s/ John K. Theis*