## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

The Board of Education of the City of Chicago

Plaintiff,

v.                                                                    Case No.: 1:18–cv–07914
                                                                      Honorable Andrea R. Wood

Betsy DeVos, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 19, 2019:

MINUTE entry before the Honorable Andrea R. Wood: Status hearing set for 8/21/2019 at 9:00 AM reset to 11:00 AM. TIME CHANGE ONLY. The parties should be prepared to address the following issues relating to the pending motions at the hearing. First, Plaintiff should be prepared to clarify the nature of the injunctive relief it is seeking given that the 2018–19 school year has ended and Defendant contends that all FY 2018 funds appropriated for the MSAP program have been obligated to other grantees. In addition, Plaintiff indicated in its Reply in Support of its Motion for a Preliminary Injunction and Response to Defendants' Motion to Dismiss [35], that it would withdraw its motion for a preliminary injunction if Defendant agreed to an order memorializing Defendants' position that a $4 million, year–two continuation grant award may be awarded to Plaintiff using FY 2019 funds if Plaintiff demonstrates that it will meet its anti–discrimination assurances and the other requirements for an MSAP continuation listed in 34 C.F.R. 75.253. Thus, Plaintiff should be prepared to address whether it would be satisfied with a resolution whereby, contingent on Plaintiff satisfying the requirements of 34 C.F.R. 75.253, Defendant agreed to make the $4 million year–two continuation award to fund only FY 2019 expenses and activities, or whether Plaintiff is seeking the $4 million continuation award for eligible expenses incurred in FY 2018. Defendants should be prepared to address whether, should it decide to make the year–two continuation award from FY 2019 appropriations, Plaintiff's grant could continue to be funded as originally planned. Specifically, would Plaintiff continue to be eligible for grant funds budgeted for continuation awards for years three, four, and five, notwithstanding the fact that the year delay in awarding the year–two continuation award would extend the project period past the 60 months' limit set by 34 C.F.R. 75.250. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at **www.ilnd.uscourts.gov**.