IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. 18-cv-7914<br><br>Hon. Andrea R. Wood |

**SUPPLEMENT TO PLAINTIFF'S
<u>MOTION FOR A PRELIMINARY INJUNCTION</u>**

Per the request of the Court at the August 21, 2019 hearing, Plaintiff the Board of Education of the City of Chicago ("CPS") hereby submits the following materials: (1) an August 1, 2019 letter from Joseph Moriarty, General Counsel of CPS, to Philip Rosenfelt, Deputy General Counsel for Program Services at the U.S. Department of Education (attached as Exhibit 1); and (2) an August 20, 2019 letter from Mr. Rosenfelt to Mr. Moriarty (attached as Exhibit 2).

Dated: August 22, 2019

Michael A. Warner, Jr.
Nicki B. Bazer
Jacqueline Wernz
FRANCZEK RADELET
300 S. Wacker Drive, Suite 3400
Chicago, IL 60606
*t* (312) 986-0300
*f* (312) 986-9192
maw@franczek.com

Respectfully submitted,

*/s/ John K. Theis*
Ronald S. Safer
Kelly M. Warner
John K. Theis
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison Street, Suite 2900
Chicago, IL 60602
*t* (312) 471-8700
*f* (312) 471-8701
rsafer@rshc-law.com

1

| | |
|---|---|
| nbb@franczek.com | kwarner@rshc-law.com |
| jfw@franczek.com | jtheis@ rshc-law.com |
| | pmathy@rshc-law.com |

*Attorneys for Plaintiff The Board of Education of the City of Chicago*

## **CERTIFICATE OF SERVICE**

    I, John K. Theis, certify that on August 22, 2019, I filed a copy of the foregoing document electronically using the Court's CM/ECF system, which will generate notice of this filing to all counsel of record.

                                          */s/ John K. Theis*
                                          John K. Theis