

## Board of Education of the City of Chicago
## Law Department

Joseph T. Moriarty  
General Counsel

1 North Dearborn Street, Suite 900  
Chicago, IL 60602  
Telephone: (773) 553-1700  
Fax: (773) 553-1701

August 1, 2019

Mr. Philip Rosenfelt  
Deputy General Counsel for Program Services  
U.S. Department of Education  
400 Maryland Ave., S.W.  
Washington, D.C. 20202-2110

    Re:    Chicago Public Schools Magnet Schools Assistance Program Grant Award

Dear Mr. Rosenfelt:

On February 7, 2019, I requested that you provide a deadline by which the Department will determine whether it will restore Magnet School Assistant Program grant funding to CPS for the remainder of the 2018-2019 school year. You did not provide a deadline, and the school year has now concluded. For several months, and through an extended litigation, we have sought clarity on the status of CPS's MSAP grant, to no avail. We are now in the untenable position of attempting to budget for the coming school year without clear direction as to whether the MSAP grant—and therefore the STEM programs and the approximately 850 students that would benefit from the programs at William H. Brown Elementary School, Claremont Academy Elementary School, and Joseph Jungman Elementary School—will continue. In order to provide sufficient information for our budget officers and for the administrators, teachers, and students at these three schools, we renew our request for a deadline by which the Department will make a determination regarding the MSAP grant funds.

Mr. Philip Rosenfelt
August 1, 2019
Page 2

The lack of MSAP grant funding will have a devastating impact on the three STEM magnet schools in the coming school year. Last month, CPS conducted a budget review to determine the impact of the loss of MSAP grant funding. CPS expects that the funding sources that have maintained the STEM programs at these schools—the FY 2017 MSAP grant funds and the approximately $800,000 transferred from other CPS programming—will either be depleted or expire within the next few months.

Without the second-year MSAP grant funds, CPS will be forced to severely restrict the STEM programs at these schools in the coming school year, including taking the following actions:

(1) project manager and project coordinator positions will be eliminated;
(2) funds for STEM-related equipment and supplies will be reduced;
(3) funds for both Magnet and STEM-specific conferences and professional development will be cut;
(4) marketing and advertising for the programs will be severely restricted, which will limit the ability to attract high-quality educators;
(5) the ability to retain educators, develop student supports, and increase enrollment will be limited;
(6) work initiated with the grant's evaluator, along with research on the impact of the program on student outcomes, will cease; and
(7) CPS will decrease awareness programs, out-of-time programs and supports for individual students, and efforts to collaborate with existing STEM schools.

These cuts and reductions will place the STEM programs at the schools in jeopardy, which, in turn, will adversely impact CPS's desegregation efforts in these communities.

Throughout the time we have been seeking information from you, CPS has worked closely with the Chicago Regional Office of the Office of Civil Rights and has endeavored to accommodate all of its requests for information. We are unaware of any outstanding requests. We believe OCR should be in a position to conclude its investigation and provide the requisite assurances regarding CPS's compliance with its civil rights obligations.

Mr. Philip Rosenfelt
August 1, 2019
Page 3

    We ask again: please provide a deadline by which the Department will determine whether to restore the MSAP grant funding. A deadline will allow our budget officers, administrators, teachers, and students to reach a resolution about the continuation of the STEM programs at these three schools and prepare accordingly.

    Sincerely,

JOSEPH T. MORIARTY
General Counsel

JTM:bw