**Jack Theis**

| | |
|---|---|
| **From:** | Ellis, Kathryn <​██████████​> |
| **Sent:** | Tuesday, August 20, 2019 2:42 PM |
| **To:** | ██████████ |
| **Cc:** | Rosenfelt, Phil; Kole, Adina; Wolland, Jessica; Johnson, Patrick (USAILN) (Patrick.Johnson2@usdoj.gov); 'Walsh, Thomas (USAILN)'; Jack Theis; Kelly Warner; 'nbb@franczek.com'; 'maw@franczek.com' |
| **Subject:** | Response to August 1 Letter |
| **Importance:** | High |
| **Sensitivity:** | Confidential |

Good Day Mr. Moriarity,

Below is a letter from Mr. Phillip Rosenfelt that I have signed and am sending on his behalf, in response to your August 1, 2019 letter requesting information about the year two continuation award to the Chicago Public Schools under the Magnet Schools Assistance Program. We were unable to send you the letter today as an attachment, but will send the signed letter as soon as possible by e-mail. Also a hard copy of the letter is being sent to you.

If you have any questions please contact me at ██████████.

Kathryn A. Ellis
Assistant General Counsel for Educational Equity
Office of the General Counsel
U.S. Department of Education


Dear Mr. Moriarty,

Thank you for your letter of August 1, 2019 requesting information about the Department of Education's (Department's) timeline for deciding whether to award year two continuation funding to Chicago Public Schools (CPS) under the Magnet Schools Assistance Program (MSAP) during fiscal year (FY) 2019.

As we have previously discussed, any future decision to award continuation funding will be made in accordance with 34 C.F.R. § 75.253, which permits the Department to award continuation funding, *inter alia*, when the grantee has "made substantial progress towards achieving the goals and objectives of the project" and when "continuation of the project is in the best interest of the Federal Government." This continuation decision also takes into account whether the Assistant Secretary for Civil Rights determines, in accordance with 20 U.S.C. §

7231d(c), that the MSAP grantee will meet the required assurances, which is a key requirement for MSAP funding.

Currently, the Department's Office of Elementary and Secondary Education (OESE) and Office for Civil Rights (OCR) are determining whether to award year two continuation funding for CPS's MSAP project with FY 2019 MSAP grant funds. FY 2019 MSAP grant funds will be obligated to all grantees on or before September 30, 2019, subject to any special conditions that may be set forth in the Grant Award documents.

In your letter you also reference the status of OCR Chicago's investigation. We expect that in the near future, OCR Chicago will provide CPS with a proposed resolution agreement to address OCR's investigative findings. We appreciate your efforts to work quickly towards obtaining certification from the Assistant Secretary that you will meet your MSAP civil rights assurances in FY 2019.

If you have any further questions, please contact me at Phil.Rosenfelt@ed.gov, (202) 401-6000 or Tom Walsh at Thomas.Walsh2@usdoj.gov, (312) 353-5312.


Sincerely,


Phillip Rosenfelt

Deputy General Counsel

U.S. Department of Education



cc:

    Ronald S. Safer
    Kelly M. Warner
John K. Theis
Patricia T. Mathy
Michael A. Warner, Jr.
Nicki B. Bazer
Jacqueline Wernz
 AUSA Tom Walsh
 AUSA Patrick Johnson

3