## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

The Board of Education of the City of Chicago

　　　　　　　　　　　　　　　　　　Plaintiff,

v.

Betsy DeVos, et al.

　　　　　　　　　　　　　　　　　　Defendant.

Case No.: 1:18−cv−07914

Honorable Andrea R. Wood

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, September 27, 2019:

　　　　MINUTE entry before the Honorable Andrea R. Wood: Status hearing held. Pursuant to the discussion held in open court and for the reasons stated on the record, Plaintiff's motion for preliminary injunction [8] is denied without prejudice as moot. Status hearing set for 10/17/2019 at 9:00 AM. If a stipulation to dismiss is filed prior to the next status date, the hearing will be stricken. Mailed notice(ef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.