IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE BOARD OF EDUCATION OF THE CITY OF CHICAGO,<br><br>*Plaintiff,*<br><br>v.<br><br>BETSY DEVOS, in her capacity as Secretary of the United States Department of Education, and UNITED STATES DEPARTMENT OF EDUCATION,<br><br>*Defendants.* | Case No. 18-cv-7914<br><br>Hon. Andrea R. Wood |

## STIPULATION AND ORDER OF DISMISSAL

Pursuant to the Rule 41(a)(1) of the Federal Rules of Civil Procedure, it is hereby stipulated and agreed by and between the undersigned counsel that all claims against Secretary Betsy DeVos and the United States Department of Education are dismissed in their entirety, with each party to bear its own costs, including attorneys' fees.

Dated: October 14, 2019

Stipulated and agreed to by:

| | |
|---|---|
| | */s/ John K. Theis* |
| Michael A. Warner, Jr. | Ronald S. Safer |
| Nicki B. Bazer | Kelly M. Warner |
| Jacqueline Wernz | John K. Theis |
| FRANCZEK RADELET | RILEY SAFER HOLMES & CANCILA LLP |
| 300 S. Wacker Drive, Suite 3400 | 70 W. Madison Street, Suite 2900 |
| Chicago, IL 60606 | Chicago, IL 60602 |
| *t* (312) 986-0300 | *t* (312) 471-8700 |
| *f* (312) 986-9192 | *f* (312) 471-8701 |
| maw@franczek.com | rsafer@rshc-law.com |
| nbb@franczek.com | kwarner@rshc-law.com |
| jfw@franczek.com | jtheis@ rshc-law.com |
| | pmathy@rshc-law.com |

***Attorneys for Plaintiff The Board of Education of the City of Chicago***

JOHN R. LAUSCH, JR.
United States Attorney

*/s/ Patrick W. Johnson*
PATRICK W. JOHNSON
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312)353-5327
patrick.johnson2@usdoj.gov

*Attorneys for Defendants Betsy DeVos (in her capacity as Secretary of the United States Department of Education) and the United States Department of Education*

SO ORDERED

Dated: October ___, 2019

_____
Hon. Andrea R. Wood